UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,
FDOC Inmate No. 075432,
    Plaintiff,

vs.                              Case No.: 3:20cv5765/LAC/EMT

SECRETARY DOC, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on November 20, 2020 (ECF No. 7).  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this order.

2.    Plaintiff's motion to proceed in forma pauperis (ECF No. 6) is **DENIED.**

Page 2 of 2

3. This action is **DISMISSED**, pursuant to 28 U.S.C. § 1915(g), without prejudice to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

4. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 5th day of January, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**